UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| DENNIS STEPHENS,<br>       Plaintiff, | )<br>)<br>) |
| v. | )   **JUDGMENT** |
| | )<br>)   No. 7:19-CV-207-FL |
| ANDREW SAUL, Commissioner of<br>Social Security,<br>       Defendant. | )<br>)<br>) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's stipulation for attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 9, 2020, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $6,500.00.

**This Judgment Filed and Entered on June 9, 2020, and Copies To:**
Charlotte Williams Hall  (via CM/ECF Notice of Electronic Filing
Cassia W. Parson / Mark J.Goldenberg (via CM/ECF Notice of Electronic Filing)

June 9, 2020                    PETER A. MOORE, JR., CLERK

                                       /s/ Sandra K. Collins
                                     (By) Sandra K. Collins, Deputy Clerk